UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21194-CIV-SIMONTON

RALPH MERRILL,

    Plaintiff,

v.

EFRAIM DIVEROLI, et al.,

    Defendants.

_____/

### ORDER DISMISSING CASE AS TO DEFENDANT DIVEROLI WITHOUT PREJUDICE

This matter is before the Court on the Plaintiff's Response to Order to Show Cause and Motion for Extension of Service Time on Efraim Diveroli. The Honorable Kathleen M. Williams, the United States District Judge assigned to the case, has referred to the undersigned all further proceedings in this case, including trial and entry of a final judgment based on the Parties' Consent to Jurisdiction by a United States Magistrate Judge, ECF Nos. [24] [25].

This case was first filed in Second District Court of Davis County, in Utah. On January 28, 2016, the case was removed to the United States District Court for the District of Utah, Central Division, ECF NO. [2]. On April 4, 2016, the case was transferred to the United District Court for the Southern District of Florida, ECF No. [16]. When the case was transferred approximately two months after it was first filed, Defendant Efraim Diveroli was not yet served with the Complaint.

On August 23, 2016, this Court entered an Order on Motion for Service by Alternate Means, ECF No. [51]. The undersigned found that the Plaintiff had not made a sufficient effort to personally serve Defendant Diveroli to warrant service by alternate means; and, the Order required the Plaintiff, *inter alia*, to file a return of service for

**Defendant Diveroli, either executed or unexecuted, by September 30, 2016. On October 5, 2016, the Plaintiff filed Motion for Extension of Service Time on Efraim Diveroli, ECF No. [52]. On October 11, 2016, this Court granted the Plaintiff's Motion for an Extension of Service Time on Efraim Diveroli, ECF No. [53]. The Order extended the time for the Plaintiff to effectuate service on Defendant Diveroli until October 26, 2016.**

**On November 3, 2016, this Court entered an Order to Show Cause requiring the Plaintiff to show cause why he failed to comply with the Court's order regarding service on Defendant Diveroli, and why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

**On November 7, 2016, the Plaintiff filed his Response to Order to Show Cause and Motion for Extension of Service Time on Efraim Diveroli, ECF No.[57]. In the response, the Plaintiff stated that on October 24, 2016, he suffered an accident resulting in a foot fracture. While the accident may have provided a reason for failure to respond to the Court's Order by October 26, 2016, it does not provide good cause for why the Plaintiff has failed to serve Defendant Diveroli in the ten months that have elapsed since the initial filing of the Plaintiff's Complaint. While the Court recognizes that the Plaintiff is not represented by counsel, the Plaintiff is still obligated to comply with the Federal Rules of Civil Procedure as outlined in the Court's Notice to *Pro Se* Litigants, ECF No. [20].**

**Federal Rule of Civil Procedure 4(m) provides that "if a defendant is not served within 90 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time."**

The Court has granted two extensions to the Plaintiff to effectuate service on Defendant Diveroli, resulting in time well beyond the 90 days allowed for service under Federal Rule of Civil Procedure 4.   The Court finds that the Plaintiff has not shown good cause why service was not accomplished during the time afforded.

Accordingly,

It is hereby

ORDERED that the Plaintiff's Complaint against Defendant Efraim Diveroli is hereby dismissed without prejudice.

DONE AND ORDERED at Miami, Florida, on November 9th, 2016.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
All counsel of record